# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD WAGNER, | : | Case No. 1:18-cv-388 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| CINCINNATI S.I. CO., | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

This civil action came before the Court on Plaintiff's Motion for Voluntary Dismissal. (Doc. 6). It is **ORDERED** that this civil action is hereby **DISMISSED with prejudice** and, accordingly, shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/30/19

Timothy S. Black
United States District Judge